UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No.: 0:08-1110-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LaFRANKIE DONTAY ROSEBOROUGH | ) | |
| _____ | ) | |

The defendant has filed a second *pro se* motion to modify or reduce his sentence pursuant to 18 U.S.C. §3582(c)(2) (ECF No. 98).[1] The Federal Public Defender has also filed, on behalf of the defendant, a motion to reduce the defendant's sentence under § 3582 (ECF No. 99). Counsel suggests that the recent Supreme Court decision in *Dorsey v. United States*, ___ U.S. ___, 132 S.Ct. 2321 (June 21, 2012) warrants modification of the defendant's sentence.

The government is respectfully requested to respond to this motion within 14 days. In addition, the United States Probation Office is requested to provide the court with its position on the matter as well.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

Joseph F. Anderson, Jr.
United States District Judge

July 23, 2012
Columbia, South Carolina

---

[1] This court previously denied the defendant's first *pro se* motion in an order filed March 7, 2012 (ECF No. 94). The court found that because the defendant was sentenced to a statutory mandatory minimum of 120 months, the defendant's guideline sentence was not lowered, and thus Amendment 750 did not apply.